UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*Awala*
-v-
*Straub, et al*

Document # **6**

USCA NO. _____

SDNY NO. **07cv5858**

JUDGE: **DAB**

DATE: **8-29-2007**

*U.S. DISTRICT COURT FILED AUG 29 2007 S.D. OF N.Y.*

INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME) _____THOMAS PISARCZYK_____
FIRM _____APPEALS SECTION_____
ADDRESS _UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NY_
_500 PEARL STREET, NEW YORK, NEW YORK 10007_
PHONE NO. _____(212) 805-0636_____

DISTRICT COURT DOCKET ENTRIES ----------------------------------------------

DOCUMENTS                                                              DOC#

Clerk's Certificate

See Attached List of Numbered Documents

(**X**) Original Record                              (_____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the **29th** Day of **AUGUST**, 2007.

United States District Court for
the Southern District of New York

Date: **8-29-2007**

-----------------------------------------------

*Awala*

-V-

*Straub, et al*

-----------------------------------------------

U.S.C.A. # _____

U.S.D.C. # **07cv5858**

D.C. JUDGE **DAB**

# Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered **1** Through **5**, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

| Date Filed | Document Description |
|---|---|
| | |

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this **29th** Day of **AUGUST** In this year of our Lord, Two Thousand and Seven, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

APPEAL

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-05858-DAB
#### Internal Use Only

Awala v. Straub et al
Assigned to: Judge Deborah A. Batts
Cause: 42:1983 Civil Rights Act

Date Filed: 06/20/2007
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 06/20/2007 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Gbeke Michael Awala.(mbe) (Entered: 07/03/2007) |
| 06/20/2007 | 2 | COMPLAINT against Kimba M. Wood, Sue L. Robinson, Kent A. Jordan, M. Rony Francois, Alberto R. Gonzalez, Frederick Motz, D. Morland, Colm F. Connolly, Chester J. Straub, Peter W. Hall, David G. Trager, Anthony J. Scirica, Barksdale, Marcia G. Cooke, Michael B. Mukasey. Document filed by Gbeke Michael Awala.(mbe) (Entered: 07/03/2007) |
| 06/20/2007 |  | Magistrate Judge Michael H. Dolinger is so designated. (mbe) (Entered: 07/03/2007) |
| 06/20/2007 | 3 | ORDER OF DISMISSAL I grant plaintiff's request to proceed in forma pauperis but dismiss the complaint for the following reasons. Accordingly, the complaint, filed in forma pauperis under 28 U.S.C. 1915(a)(1), is dismissed pursuant to 28 U.S.C. 1915(e)(2). Plaintiff shall have 60 day leave to show cause by affirmation why judgement should not be entered barrring him from filing any future action in this Court. 147 f.3d 207, 208 (2d Cir. 1998) (per curiam) ("The unequivocal rule in this circuit is that the district court may not impose a filing injunction on a litigant sua sponte without providing the litigant with notice and an opportunity to be heard.") If plaintiff fails to show cause, judgement shall be entered barring him from filing any future action without first seeking permission from the Court. I certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Deborah A. Batts on 6/20/2007) (mbe) (Entered: 07/03/2007) |
| 07/11/2007 | 4 | MOTION for Reconsideration. Document filed by Gbeke Michael Awala.(djc) (Entered: 07/17/2007) |
| 08/15/2007 | 5 | NOTICE OF APPEAL from [3] Order Dismissing Complaint (I.F.P.). Document filed by Gbeke Michael Awala. Copies sent to attorney(s) of record: A.U.S.A. (tp) (Entered: 08/24/2007) |
| 08/24/2007 |  | Appeal Remark as to [5] Notice of Appeal filed by Gbeke Michael Awala. $455.00 APPEAL FEE DUE. IFP REVOKED 6/20/07. (tp) (Entered: 08/24/2007) |
| 08/24/2007 |  | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: [5] Notice of Appeal. (tp) (Entered: 08/24/2007) |
| 08/24/2007 |  | Transmission of Notice of Appeal to the District Judge re: [5] Notice of Appeal. (tp) (Entered: 08/24/2007) |